UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SODHI SINGH,
Petitioner,
v.
CHRISTOPHER LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-5975-CAB-BJW

**ORDER:**
**(1) SUMMARILY DISMISSING PETITION; and**

**(2) DENYING MOTION FOR TEMPORARY RESTRAINING ORDER, [Doc. No. 2]**

Petitioner Sodhi Singh has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Upon review, the Court notes that this is Petitioner's fifth petition since his detention on December 13, 2024. *See* Case Nos. 3:26-cv-00913-CAB-BJW; 3:26-cv-02186-AGS-VET; 3:26-cv-03797-CAB-BJW; 3:26-cv-5000-CAB-BJW. Further, Petitioner has a pending motion for reconsideration of this Court's summary dismissal of his fourth petition.

///
///
///
///
///

A habeas petition is subject to summary dismissal when it is repetitive or duplicative. *See, e.g., Salas v. Att'y Gen.*, No. 2:23-cv-01118-TL-TLF, 2023 WL 5826738, at *2 (W.D. Wash. Aug. 21, 2023). Here, the Petition provides no new information or grounds for relief that were not raised in his four previous petitions. Petitioner is cautioned that the filing of any additional petitions without new information or grounds may result in the Court considering restrictions on Petitioner's filing in this District.

The Court **DISMISSES** this Petition and **DENIES** the motion for temporary restraining order. [Doc. No. 2.]

It is **SO ORDERED**.

Dated: October 22, 2026

Hon. Cathy Ann Bencivengo
United States District Judge